IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

BRADLEY RANDAZZO,

    Plaintiff,

v.                             CASE NO. 4:14cv448-RH/CAS

JULIE JONES et al.,

    Defendants.

_____/

## ORDER DENYING A PRELIMINARY INJUNCTION

This case is before the court on the magistrate judge's report and recommendation, ECF No. 13. No objections have been filed. Upon consideration,

IT IS ORDERED:

The report and recommendation is ACCEPTED and adopted as the court's opinion. The motion for a preliminary injunction, ECF No. 1, is DENIED. This matter is remanded to the magistrate judge for further proceedings.

SO ORDERED on March 17, 2015.

                                       s/Robert L. Hinkle
                                       United States District Judge